**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 16, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-60225
Summary Calendar
_____

RUBEN ABASTILLAS OGELSBY,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A72 027 343
--------------------

Before JONES, Chief Judge, and DeMOSS and PRADO, Circuit Judges.

PER CURIAM:[*]

   Ruben Abastillas Ogelsby petitions for review of an order of
the Board of Immigration Appeals (BIA). The BIA determined that
Ogelsby was removable from the United States because he was an
alien who had committed an aggravated felony. Ogelsby maintains
that the Immigration and Nationalization Service (INS) was
equitably estopped from denying him citizenship because the actions
of an INS clerk prevented him from obtaining citizenship.

   We lack jurisdiction to review the BIA's determination that an
alien is deportable because he has committed an aggravated felony.

--------------------

   [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See 8 U.S.C. § 1252(a)(2)(C). Ogelsby does not dispute the BIA's determination that he has committed an aggravated felony, and his equitable estoppel claim attacking the BIA's finding that he is an alien fails. See Moosa v. INS, 171 F.3d 994, 1003 (5th Cir. 1999). Consequently, Ogelsby's petition for review is DISMISSED FOR WANT OF JURISDICTION.